UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEM SHALOMAYEV, as owner and operator of 3715 BARBER SHOP, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>ALTICE USA, INC.,<br><br>       Defendant. | Case No. 1:21-cv-5540-MKB-JRC |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 12, 2022

Respectfully submitted,

Jon L. Norinsberg, Esq.
JON L. NORINSBERG, ESQ., PLLC
East 59th Street, Suite 3200
New York, New York 10022
Tel. No. (212) 791-5396
jon@norinsberglaw.com
*Attorneys for Plaintiff Artem Shalomayev*

Dated: October 12, 2022

    /s/
Archis A. Parasharami
Daniel E. Jones (*pro hac vice*)
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Tel.: (202) 263-3328
Fax: (202) 263-5328
aparasharami@mayerbrown.com
*Attorneys for Defendant Altice USA, Inc.*

SO ORDERED:
s/ MKB 10/13/2022
_____
MARGO K. BRODIE
United States District Judge

1